IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 19-33347 |
| VERT SOLAR FINANCE, LLC, § | |
| § | Chapter 7 |
| Debtor. § | |

### NOTICE OF APPEARANCE AND REQUEST FOR ALL DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance on behalf of HOMF Investment Corporation, OBD Partners, LLC and Brett Jefferson, and requests that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith be given to and served upon:

> Jason S. Brookner
> **GRAY REED & McGRAW LLP**
> 1300 Post Oak Blvd, Suite 2000
> Houston, Texas 77056
> Telephone:   (713) 986-7000
> Facsimile:   (713) 986-7100
> Email:       jbrookner@grayreed.com

> -And-

> Thomas Horan
> **FOX ROTHSCHILD LLP**
> Citizens Bank Center
> 919 North Market Street, Suite 300
> Wilmington, DE 19899-2323
> Telephone:   (302) 480-9412
> Facsimile:   (302) 656-8920
> Email:       thoran@foxrothschild.com

This request encompasses all notices, copies and pleadings referred to any and all (i) sections title 11 of the United States Code, and (ii) Rules contained in the Federal Rules of Bankruptcy Procedure, including without limitation notices of any orders, motions, demands,

complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex or otherwise that effect or seek to effect the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by the District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter to which the creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

[remainder of page intentionally left blank]

Respectfully submitted this 16th day of September, 2019.

By: */s/ Jason S. Brookner*
    Jason S. Brookner
    Texas Bar No. 24033684
**GRAY REED & McGRAW LLP**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:  jbrookner@grayreed.com

-and-

    Thomas Horan (*pro hac vice* pending)
    Delaware Bar No. 4641
**FOX ROTHSCHILD LLP**
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone:   (302) 480-9412
Facsimile:   (302) 656-8920
Email:  thoran@foxrothschild.com

**COUNSEL TO HOMF INVESTMENTCORPORATION, OBD PARTNERS, LLC AND BRETT JEFFERSON**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of September, 2019, he caused a true and correct copy of the foregoing document to be served via electronic mail on all parties who have requested notice via the Court's CM-ECF Electronic Notification System.

    */s/ Jason S. Brookner*
    Jason S. Brookner